Paul D. Rheingold (Bar No.: 1187764)
**RHEINGOLD, VALET, RHEINGOLD,**
**SHKOLNIK & MCCARTNEY LLP,**
113 East 37th Street
New York, NY 10016
(212)684-1880

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

```
------------------------------------X  MDL: M: 05-cv-01699
GREGORY WARREN MACE and ANTONIA MACE )  ORDER
                                     )  STIPULATION OF
                                     )  DISCONTINUANCE
                                     )
                        Plaintiffs,  )
                                     )  Case No.: C-06-5966 CRB
         -against-                   )
                                     )  [PRODUCTS LIABILITY]
PFIZER, INC.,                        )
                        Defendant.   )
                                     )
------------------------------------X
```

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that the above entitled action, having been settled, be, and the same hereby is, discontinued, with prejudice and without costs to any party and that this stipulation may not be filed with the Clerk of the Court until appropriate settlement funds have been released to Plaintiffs, GREGORY WARREN MACE and ANTONIA MACE, pursuant to Confidential Settlement Term Sheet between and among Pfizer Inc. and Rheingold, Valet, Rheingold, Shkolnik & McCartney LLP.

Dated: New York, New York
July 10, 2009

_____
Paul D. Rheingold
**RHEINGOLD, VALET, RHEINGOLD
SHKOLNIK & McCARTNEY LLP**
Attorneys for Plaintiffs
113 East 37th Street
New York, NY 10016
(212)684-1880

_____
**DLA PIPER US LLP**
Attorneys for Defendant(s)
1251 Avenue of the Americas
New York, NY 10020-1104
212-335-4500

Dated:  9/23/09



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA